Ronald W. Downs, OSB No. 920530
P.O. Box 12613
Salem, OR 97309-0613
(503) 375-8898; Fax (503) 371-4781
Cell: (503) 780-0847
rdowns@sdao.com
 *Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **LINDA HEDLUND,** | Case No. 3:20-cv-01527-HZ |
|      Plaintiff, | **DEFENDANTS' OFFER OF JUDGMENT** |
|  v. | |
| **BANKS FIRE DISTRICT #13**; and **FIRE CHIEF RODNEY LINZ,** in his individual and representative capacity, | |
|      Defendants. | |

To: Plaintiff Linda Hedlund and her attorneys Dana Sullivan and Kristine Lambert.

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Banks Fire District #13 and Fire Chief Rodney Linz, hereby offer to allow judgment to be entered against them and in favor of plaintiff in the amount of $115,001.00, plus reasonable attorney fees and costs then accrued, as determined by the court and as of the date of this offer.

  If plaintiff declines to accept this offer, she may become obligated to pay defendants' costs incurred after the making of this offer in the event that plaintiff does not recover a

judgment that is more favorable than this offer of judgment, pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer of judgment is made for the purposes specified in FRCP 68, and is not to be construed as either an admission that defendants are liable in this action or that the plaintiff has suffered any damage.

DATED this 18th day of August, 2021.

By:     *s/ Ronald W. Downs*
        Ronald W. Downs, OSB # 920530
        rdowns@sdao.com
        Attorney for Defendants
        Banks Fire District #13 and Fire Chief
        Rodney Linz

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Defendants' Offer of Judgment** on the parties listed below, by the method indicated:

| | | |
|---|---|---|
| DANA L. SULLIVAN | | MAIL DELIVERY |
| dana@baaslaw.com | | |
| OSB# 944834 | | FACSIMILE |
| KRISTINE LAMBERT | | |
| kristine@baaslaw.com | X | E-FILING NOTICE |
| OSB# 010684 | | |
| Buchanan, Angeli, Altschul & Sullivan LLP | X | EMAIL |
| 921 SW Washington St., Ste. 516 | | |
| Portland, OR 97205 | | |
| *Attorneys for Plaintiff* | | |

DATED this 18th day of August 2021.

By:     *s/ Ronald W. Downs*
Ronald W. Downs
OSB #920530
(Office) (503) 375-8898
(Cell) (503) 780-0847
Attorney for Defendants

**CERTIFICATE OF SERVICE**