**Dana L. Sullivan,** OSB No. 944834
E-mail: dana@baaslaw.com
**Kristine Lambert**, OSB No. 010684
E-mail: kristine@baaslaw.com
BUCHANAN, ANGELI, ALTSCHUL
& SULLIVAN LLP
921 SW Washington St., Ste. 516
Portland, OR 97205
Telephone:  503.974.5015
Facsimile:  971.230.0337

*Of Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LINDA HEDLUND,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**BANKS FIRE DISTRICT #13**; and **FIRE CHIEF RODNEY LINZ,** in his individual and representative capacity,<br><br>                              Defendants. | Case No. 3:20-cv-01527-HZ<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT** |

### STIPULATION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Linda Hedlund ("Hedlund") and Defendants Banks Fire District #13 ("Banks Fire District") and Fire Chief Rodney Linz ("Linz") hereby stipulate to the entry of Final Judgment attached as Exhibit 1 and state as follows:

1.      On August 19, 2021, Hedlund filed Plaintiff's Notice of Acceptance of Offer of Judgment (ECH 23) accepting Defendants' Offer of Judgment served on her on August 18, 2021, in the amount of $115,001.00 plus reasonable attorney's fees and costs (ECH 21).

Page 1     STIPULATION FOR ENTRY OF FINAL JUDGMENT

    2.    The parties agree that the $115,001.00 due to Hedlund shall be paid as follows:

        a.    Economic Damages:    $ 51,750.45

        b.    Non-economic Damages:    $ 63,250.55

    3.    Defendants agree to pay to Buchanan, Angeli, Altschul & Sullivan, LLP, Hedlund's attorneys of record, an additional amount of $135,000 for Hedlund's attorney's fees and costs.

    4.    Defendants agree to pay all sums due within 30 days of the date of the entry of the Final Judgment by this Court.

Dated: September 3, 2021

| | |
|---|---|
| *s/ Dana L. Sullivan* | *s/ Ron Downs* |
| Dana L. Sullivan, OSB No. 94483 | Ron Downs, OSB No. 920530 |
| dana@baaslaw.com | rdowns@sdao.com |
| BUCHANAN, ANGELI, ALTSCHUL & SULLIVAN LLP | SPECIAL DISTRICTS ASSOCIATION OF OREGON |
| 921 SW Washington St., Ste. 516 | P.O. Box 12613 |
| Portland, OR 97205 | Salem, OR 97309-0613 |
| Telephone: 503.974.5015 | Telephone: 503-780-0847 |
| *Of attorneys for Plaintiff* | *Of attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **STIPULATION FOR ENTRY OF FINAL JUDGMENT** on the parties listed below, by the method indicated:

- ☐ Mailing with postage prepaid
- ☒ CM/ECF
- ☐ Hand-delivery
- ☐ Overnight delivery
- ☒ Email

to said person(s) a true copy thereof at her or her last-known address as indicated below.

Ron Downs
Special Districts Association of Oregon
P.O. Box 12613
Salem, OR 97309-0613
rdowns@sdao.com

DATED: September 3, 2021

BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
*s/ Dana L. Sullivan*

Dana L. Sullivan, OSB No. 94483
E-mail: dana@baaslaw.com
Kristine Lambert, OSB No. 010684
E-mail: kristine@baaslaw.com
Telephone: (503) 974-5015