**Dana L. Sullivan,** OSB No. 944834
E-mail: dana@baaslaw.com
**Kristine Lambert**, OSB No. 010684
E-mail: kristine@baaslaw.com
BUCHANAN, ANGELI, ALTSCHUL
& SULLIVAN LLP
921 SW Washington St., Ste. 516
Portland, OR 97205
Telephone:  503.974.5015
Facsimile:  971.230.0337

*Of Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LINDA HEDLUND,**<br><br>                         Plaintiff,<br><br>        v.<br><br>**BANKS FIRE DISTRICT #13**; and **FIRE CHIEF RODNEY LINZ,** in his individual and representative capacity,<br><br>                         Defendants. | Case No. 3:20-cv-01527-HZ<br><br>**FINAL JUDGMENT** |

Having reviewed and duly considered the Stipulation for Entry of Final Judgment filed by Plaintiff Linda Hedlund ("Hedlund") and Defendants Banks Fire District #13 ("Banks District") and Fire Chief Rodney Linz ("Linz"), Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment filed pursuant to Fed. R. Civ. P. 68, and Defendants' Offer of Judgment filed pursuant to Fed. R. Civ. P. 68,

THIS COURT HEREBY ORDERS that Final Judgment shall be entered in favor of Hedlund and against Banks Fire District and Linz in an amount of $115,001.00 of which

$51,750.45 shall be allocated as economic damages and $63,250.55 shall be allocated as non-economic damages.

THIS COURT FURTHER ORDERS that Banks Fire District and Linz are jointly and severally liable to pay an additional $135,000.00 to Hedlund's counsel of record for plaintiff's attorney's fees and costs.

THIS COURT FURTHER ORDERS that defendants shall remit all sums due within 30 days of the date of this Final Judgment.


IT IS SO ORDERED.


 September 7, 2021
Date

Chief U.S. District Judge Marco A. Hernandez